# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                                 CASE NO.  3:92cr3008LAC

JOAQUIN ACOSTA-LAO

## REFERRAL AND ORDER

Referred to Judge Lacey Collier on   January 10, 2006

Motion/Pleadings:  MOTION TO PRESERVE [AN] ISSUE UNDER § 2255 6(3) ACCORDING TO THE SUPREME COURT RULING IN DODD V U.S., 04-5286(2005)

Filed by DEFENDANT PRO SE   on 12/19/05   Doc.# 753

RESPONSES:

                                                 on _____ Doc.# _____

                                               on _____ Doc.# _____

____ Stipulated    ____ Joint Pldg.
____ Unopposed     ____ Consented

WILLIAM M. McCOOL, CLERK OF COURT

*s/Mary Maloy*

LC (1 OR 2)               Deputy Clerk: Mary Maloy

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this 12th day of January, 2006, that:*

*(a) The relief requested is **DENIED.***

*(b)* _____

                                                 *s/L.A. Collier*
                                                 ***LACEY A. COLLIER***
                                       ***Senior United States District Judge***

Entered On Docket: _____ By: __
Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP
Copies sent to:_____

Document No.