AO 247 (02/08)   Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the
## NORTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Joaquin Acosta-Lao ) | Case No: 3:92cr3008-003/LAC |
| ) | USM No: 02813-017 |
| Date of Previous Judgment:  12 August 1992 ) | |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of ☒ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED.   ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of   Life   months **is reduced to**   360 months  .

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level:   45            Amended Offense Level:   42*
Criminal History Category:   VI         Criminal History Category:   VI
Previous Guideline Range:   Life  to ___ months   Amended Guideline Range:   360  to  Life  months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE

☒ The reduced sentence is within the amended guideline range.

☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.

☐ Other (explain):

### III. ADDITIONAL COMMENTS

   *Defendant never filed a Motion for Reduction in Sentence in regard to Amendment 591. This amendment would have reduced his total offense level from a level 45 to 44. However, the guideline range would not have been impacted by this amendment, as the total offense level of 44 results in a guideline range of Life. Even though the defendant's sentence was not reduced, the fact that his offense level can be lowered by one point makes a significant difference in the revised guideline range in conjunction with the crack amendment.
   Term of 360 months as to Counts I and II, each to run concurrently, one with the other.

Except as provided above, all provisions of the judgment dated   12 August 1992   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   17 June 2008                              s/*L.A. Collier*
                                                        Judge's signature

Effective Date:  _____                         Lacey A. Collier, Senior U.S. District Judge
         (if different from order date)                        Printed name and title